# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0299.  IN THE INTEREST OF R. S. Y., A CHILD.**

The biological parents of minor child R. S. Y. seek discretionary review of the juvenile court's November 2017 order granting temporary custody of R. S. Y. to a third party.  We lack jurisdiction.

The juvenile court's November 2017 order was directly appealable under OCGA § 5-6-34 (a) (11).  This Court ordinarily will grant an application for discretionary review of a directly appealable order under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment sought to be appealed.  OCGA § 5-6-35 (d), (j).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).

The parents of R. S. Y. filed this application for discretionary review on January 10, 2019, more than one year after entry of the juvenile court order they seek to appeal.  Consequently, this application is untimely and is hereby DISMISSED for lack of jurisdiction.  The parents' requests for oral argument and an "interlocutory appellate injunction" are DENIED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/05/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*